#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | Case No: 1:20-CV-02785-RBW |
| *Plaintiff*, ) | |
| ) | |
| ) | JOINT MOTION TO EXTEND |
| v. ) | STAY OF PROCEEDINGS |
| ) | |
| SCOTT DE LA VEGA, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

Plaintiff Center for Biological Diversity and Defendants through their respective counsel hereby respectfully move this Court to extend the stay of all proceedings in this matter until March 29, 2021.

Plaintiff's complaint is brought under the Endangered Species Act ("ESA") and alleges that the U.S. Fish and Wildlife Service ("FWS") has unlawfully failed to make a timely final listing determination for the Panama City crayfish, in violation of ESA Section 4(b)(6)(A), 16 U.S.C. § 1533(b)(6)(A). *See* ECF No. 1.

On January 12, 2021, the Court granted the Parties' Joint Motion to Stay Proceedings until January 28, 2021 so that counsel could discuss a resolution without the need for further litigation. Minute Order (Jan. 12, 2021). The Court granted an extension of the stay of proceedings for an additional thirty days on February 2, 2021 and instructed the Parties to notify the Court by February 26, 2021 if more time is needed. Minute Order (Feb. 2, 2021). The Parties have reached agreement in principle and are now negotiating attorneys' fees and costs.[1] The

---

[1] Approval of any settlement on behalf of FWS requires review and approval by the appropriate officials at FWS and the Department of Justice.

1

Parties agree that it would be in the interest of judicial economy to extend the stay of proceedings in this litigation until March 29, 2021. A proposed order is attached.

Dated:  February 23, 2021                    Respectfully submitted,

JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Taylor A. Mayhall*
Taylor A. Mayhall
Trial Attorney, MN Bar No. 0400172
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-3796
Email: taylor.mayhall@usdoj.gov

*Attorneys for Defendants*

*/s/ Jaclyn Lopez*
Jaclyn Lopez
Trial Attorney, DC Bar No. FL0017
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
Email: jlopez@biologicaldiversity.org

Lalli Venkatakrishnan
Trial Attorney, CA Bar No. 323747*
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 676-0348
Email: lvenkat@biologicaldiversity.org

*Attorneys for Plaintiff*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney, MN Bar No. 0400172
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-3796
Email: taylor.mayhall@usdoj.gov

*Attorney for Defendants*